RECEIVED
JAN 08 2020
AT 8:30_____
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Shipp |
| | : | |
| v. | : | Crim. No. ~~19~~ 20-11 |
| | : | |
| JAMES BORTOLOTTI | : | 18 U.S.C. § 1014 |
| | : | 18 U.S.C. § 2 |

## INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

From on or about February 29, 2012 through on or about April 6, 2012, in Mercer County, in the District of New Jersey and elsewhere, the defendant,

JAMES BORTOLOTTI,

knowingly made false statements for the purpose of influencing in any way the action of the Small Business Administration ("SBA") in connection with an application for a guaranty through the SBA 7(a) Loan Guaranty Program, in that the defendant made statements related to the creditworthiness of a business located in Robbinsville, New Jersey ("Small Business-1") that the defendant knew were false.

In violation of Title 18, United States Code, Sections 1014 and 2.

_____
CRAIG CARPENITO
United States Attorney

CASE NUMBER: 19- 20-11

# United States District Court
## District of New Jersey

**UNITED STATES OF AMERICA**

v.

**JAMES BORTOLOTTI**

---

# INFORMATION FOR
**18 U.S.C. § 1014**
**18 U.S.C. § 2**

---

**CRAIG CARPENITO**
*UNITED STATES ATTORNEY*
*NEWARK, NEW JERSEY*

J. STEPHEN FERKETIC
*ASSISTANT U.S. ATTORNEY*
973-645-2729